*Bernhardt Frank* for petitioners. *Messrs. Lewis C. Jesseph* and *Fred P. Carr* for respondents.

No. 987. TEXAS & PACIFIC RAILWAY CO. ET AL. *v.* LOUISIANA OIL REFINING CORP. ET AL. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Robert Wilkins Thompson, T. D. Gresham, J. H. Tallichet, C. M. Spence, G. B. Ross,* and *C. Huffman Lewis* for petitioners. No appearance for respondents.

No. 541. DOUGLAS *v.* WILLCUTS, COLLECTOR. *Ante,* p. 722. April 8, 1935. Petition for rehearing granted.

No. —, original. EX PARTE PORESKY. 294 U. S. 697. April 8, 1935. Petition for rehearing denied.

No. 383. SWINSON *v.* CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RY. CO. 294 U. S. 529. April 8, 1935. Petition for rehearing denied.

No. 733. PRICE *v.* UNITED STATES. 294 U. S. 720. April 8, 1935. Petition for rehearing denied.

No. 20. METROPOLITAN CASUALTY INSURANCE CO. *v.* BROWNELL, RECEIVER. 294 U. S. 580. April 15, 1935. Petition for rehearing denied.